**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | **CASE NO: 24-33532** |
| **ZAIDA GONZALEZ** | § | |
| | § | |
| Debtor(s) | § | **CHAPTER  13** |

### WAGE DEDUCTION ORDER

| Employer | Chapter 13 Trustee (Payments must be sent to this address) |
|---|---|
| TCH Pediatric Associates, Inc. Attn: Payroll 6651 Main Street, Ste E520 Houston, Texas 77030 | David G. Peake, Trustee PO Box 2158 Memphis, TN   38101-2158 24-33532 |

The Court orders:

1.  Employer must deduct the following amounts from wages payable to ZAIDA GONZALEZ and send the deducted funds to the Chapter 13 Trustee:

| Monthly | Semi-monthly | Bi-Weekly | Weekly |
|---|---|---|---|
| $1716.00 | $858.00 | $792.00 | $396.00 |

**2.**      The first deduction must occur no later than the first payday following 7 days after the Employer receives this order.  Deducted amounts must be submitted to the Chapter 13 Trustee within 7 days of the date of the deduction. **The Employer must not charge or require a fee or other cost for compliance with this Order.**

3.      The Chapter 13 Trustee must submit a copy of this Wage Deduction Order to the Employer within 7 days of entry.

**4.**      The Chapter 13 Trustee may amend the amount of the payments that are due under this Wage Deduction Order by sending a Notice of Wage Order Adjustment to Employer.  The Employer must comply with any Notice of Wage Order Adjustment received by the Employer from the Chapter 13 Trustee.

**5.      This Order is NOT subject to any limitation under state or federal law regarding wage garnishments.**

6.      This Order remains effective until terminated by Order of this Court.

Signed the _____ day of _____, 20__.

_____
U.S. Bankruptcy Judge

APPROVED:

/s/**ZAIDA GONZALEZ**

_____
Debtor


_____
Joint Debtor